UNITED STATES of America, Plaintiff-Appellee,

v.

Jerry GOSWICK, Defendant-Appellant.

No. 71–1411.

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Nov. 18, 1971.

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I.

C. H. Volz, Jr., Montgomery, Ala., (Court Appointed), for defendant-appellant.

Ira DeMent, U. S. Atty., D. Broward Segrest, Asst. U. S. Atty., Montgomery, Ala., for plaintiff-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.